DENNIS K. BURKE
United States Attorney
District of Arizona

Mark J. Wenker
Assistant United States Attorney
Bar No. 018187
Two Renaissance Square,
40 North Central Avenue, Suite 1200
Phoenix, AZ  85004-4408
Telephone: (602) 514-7500
Mark.Wenker@usdoj.gov
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                      )<br>           Petitioner,               )<br>                                      )<br>      v.                              )<br>                                      )<br> BILL R. MALLETT,                     )<br>                                      )<br>           Respondent.               )<br>                                      ) | **PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS** |

The United States of America, by counsel, alleges as follows:

1. This is an action to enforce the Internal Revenue Service Summons issued to Bill R. Mallett.

2. This action is brought pursuant to the provisions of Sections 7402 (b) and 7604 (a) of the Internal Revenue Code of 1986, 26 U.S.C. §§ 7402 (b) and 7604 (a), to judicially enforce Internal Revenue Service Summons.

3. Ryan N. Jones is a duly commissioned Revenue Officer, employed in the Small Business/Self-Employed Division of the Internal Revenue Service at 4041 N.

Central Ave., Ste. 112, M/S 5119PHX, Phoenix, Arizona 85012 and is authorized to issue an Internal Revenue Service Summons pursuant to the authority contained in Section 7602 of Title 26 U.S.C., Treas. Reg. § 301.7602 1, 26 C.F.R. § 301.7602-1, and Internal Revenue Delegation Order No. 4 (as revised).

  4. Respondent Bill R. Mallett is located within the State of Arizona and is within the jurisdiction of this Court.

  5. At the time that the Summons was issued on March 19, 2010, by Revenue Officer Ryan N. Jones, Revenue Officer Sarah Brauer (Revenue Officer Brauer) was, and presently is assigned to investigate the federal income tax liability of Bill R. Mallett for the tax periods ending December 31, 2005, December 31, 2007 and December 31, 2008 ("tax periods at issue").

  6. On March 19, 2010, in furtherance of the investigation described in paragraph 5 above, Revenue Officer Ryan N. Jones issued the Internal Revenue Service Summons (Form 6638) to Bill R. Mallett to produce the books, records, papers, and other data to determine Respondent's tax liability for the tax periods at issue under investigation. The Summons for Respondent Bill R. Mallett is attached to Revenue Officer Brauer's Declaration as Exhibit 1.

  7. In accordance with Section 7603 of Title 26, U.S.C., on March 24, 2010, Revenue Officer Brauer served an attested copy of the Internal Revenue Service Summons described in paragraph 6 above, on Bill R. Mallett, as evidenced in the certificate on the reverse side of the Summons.

  8. The Summons directed Respondent Bill R. Mallett to appear before Revenue Officer Sarah Brauer of the Internal Revenue Service on April 22, 2010, to produce for examination books, records, papers, and other data more specifically described in the Summons.

9. On April 22, 2010, Bill R. Mallett failed to appear and comply with the Summons.

10. When Bill R. Mallett failed to appear and comply with the Summons on April 22, 2010, a letter was sent by certified and regular mail to Respondent on May 5, 2010. The letter provided Respondent with a final opportunity to comply with the Summons regarding the determination of his federal tax liability at issue on May 20, 2010, before enforcement proceedings were commenced.

11. On May 20, 2010, Respondent Bill R. Mallett failed to appear and comply with the Summons.

12. On May 25, 2010, Respondent submitted the summoned information for the calendar tax period ending December 31, 2004. Respondent's refusal to comply in full with the Summons continues to the date of the Declaration.

13. The summoned information is in the possession and control of the summoned party and will be used to identify and determine the correct federal tax liability of Respondent Bill R. Mallett for the tax periods at issue.

14. The testimony and books, records, papers, and other data demanded by the Summons are not already in the possession of the Internal Revenue Service, except for the summoned information received from Respondent on May 25, 2010, regarding the calendar tax period ending December 31, 2004.

15. All administrative steps required by the Internal Revenue Code for the issuance of the Summons have been taken.

16. As of the date of this Petition to Enforce Internal Revenue Service Summons, there has not been any referral, pursuant to 26 U.S.C. § 7602 (d), of Bill R. Mallett to the Justice Department for the tax periods at issue.

17.     It is necessary to examine the books, records, papers, and other data sought by the Summons in order to properly investigate the federal tax liability of Bill R. Mallett for the tax periods at issue.

WHEREFORE, Petitioner respectfully prays:

A.     That the Court issue an order directing Respondent to show cause, if any, why he should not be compelled to comply with the Internal Revenue Service Summons served upon him with respect to the calendar tax periods ending December 31, 2005, December 31, 2007 and December 31, 2008.

B.     That the Court enforce the Summons issued to Respondent Bill R. Mallett requiring complete compliance with the Summons and specifically directing the summoned party to obey the Summons served upon him and ordering Respondent's attendance and the production of the books, records, papers, and other data as required by the terms of the Summons before Revenue Officer Sarah Brauer or any other proper officer or employee of the Internal Revenue Service at such time and place as may be fixed by the Court;

C.     That the Court enter a final judgment and enforcement order;

D.     That the Court award the United States costs; and

E.     That the Court grant such other and further relief as is just and proper.

DATED: July 27, 2010.

                            Respectfully submitted,

                            DENNIS K. BURKE
                            United States Attorney
                            District of Arizona

                            */s/ Mark J. Wenker*
By:     _____
       Mark J. Wenker
       Assistant United States Attorney