DENNIS K. BURKE
United States Attorney
District of Arizona

Mark J. Wenker
Assistant United States Attorney
Bar No. 018187
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, AZ 85004-4408
Telephone: (602) 514-7500
Mark.Wenker@usdoj.gov
Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, | MC-10-00072-PHX-FJM |
| Petitioner, | |
| v. | **DECLARATION re: SERVICE** |
| BILL R. MALLETT, | |
| Respondent. | |

I, Sarah Brauer, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a duly commissioned revenue officer employed in the Small Business/Self-Employed Division, Collection - Western Area, of the Office of the Area Director of the Internal Revenue Service at 4041 N. Central Ave., Ste. 112, M/S 5118PX, Phoenix, Arizona 85012.

2. On August 9, 2010 at 3:54 p.m., I personally served Respondent Bill R. Mallett with copies of: petition to enforce IRS summons; motion for order to show cause

-1-

1  hearing; and the order setting a hearing for October 22, 2010. I hand-delivered the same
2  to Respondent at 19701 W. Peters Drive, Casa Grande, AZ.
3      I declare under penalty of perjury that the foregoing is true and correct.
4  Executed this 12 day of August, 2010.

                                 SARAH BRAUER
                                 Revenue Officer
                                 Employee ID No. 1000977242